IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-CR-04052-BCW |
| ) | |
| ALEXANDER VLADIMIR ) | |
| MCMILLAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #364) denying Defendants' motions to dismiss various counts of the Second Superseding Indictment (Doc. #296). See Docs. #348, #349, #350, #351, & 352. Defendants McMillin, Matthew Hawkins, Patrick Hawkins, Carmichael, and Upchurch filed objections to the Report and Recommendation (Docs. #370, #371, #372, #373, #374). The Court, having independently reviewed the record, the applicable law, and the parties' arguments, adopts the Magistrate Judge's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendants' motions to dismiss various counts of the Second Superseding Indictment (Docs. #348, #349, #350, #351, & 352) are DENIED. It is further

ORDERED Magistrate Judge Whitworth's Report and Recommendation (Doc. #364) be attached to and made part of this order.

IT IS SO ORDERED.

DATED: June 15, 2015                     /s/ Brian C. Wimes
                                          JUDGE BRIAN C. WIMES
                                          UNITED STATES DISTRICT COURT